reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).

■

**Lisa GRAESSLE–DUDENHOEFFER, Respondent,**

v.

**Patrick DUDENHOEFFER, Appellant.**

**No. ED 83942.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 14, 2004.

Benecia Baker–Lovorsi, St. Charles, MO, for appellant.

Jane E. Tomich, St. Charles, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., LAWRENCE G. CRAHAN, J., and MARY K. HOFF, J.

*ORDER*

PER CURIAM.

Patrick Dudenhoeffer appeals the judgment dissolving his marriage to Lisa Graessle–Dudenhoeffer. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the

